**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**
_____

SPERRY ASSOCIATES
FEDERAL CREDIT UNION,
                             Plaintiff,

       -against-

CUMIS INSURANCE SOCIETY, INC.        10-CV-00029-SRC-MAS
ASSOCIATION,                            ***PROPOSED***
                                                       **CLERK'S CERTIFICATE**
                                                       **OF DEFAULT**

                             Defendants.
_____

      I, William T. Walsh, Clerk of the United States District Court for the District of New Jersey, do hereby certify that this action commenced on January 5, 2010 with the filing of a summons and complaint, a copy of the summons and complaint was personally served on the defendant CUMIS Insurance Society, Inc. on January 27, 2010, and proof of such service was filed on March 1, 2010.

      I further certify that the docket entries indicate that the defendant has not filed an answer or motion under Rule 12 of the Federal Rules of Civil Procedure with respect to the complaint herein. The default of the defendant is hereby noted.


Dated_____,New Jersey

_____,2010



                                                             Clerk of the Court



                                                      By:_____
                                                              Deputy Clerk