United States District Court
for the District of New Jersey

_____

**SPERRY ASSOCIATES FEDERAL CREDIT UNION**

       Plaintiff

       vs.

**CUMIS INSURANCE SOCIETY INC.**

       Defendant
_____

Civ. No. 10-29

Order of Reassignment

It is on this 5th day of March 2010,

O R D E R E D that the entitled action is reassigned

from Judge Stanley R. Chesler to Judge Dickinson R. Debevoise.

                              S/Garrett E. Brown, Jr.
                              Garrett E. Brown, Jr., Chief Judge
                              United States District Court