UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
------------------------------------------------------------------X
SPERRY ASSOCIATES FEDERAL CREDIT UNION,

                        Plaintiff,

    v.

CUMIS INSURANCE SOCIETY, INC.

                        Defendant.
------------------------------------------------------------------X

Civil Action No.: 10-CV-00029 (DRD) (MAS)

**DECLARATION OF ARTHUR H. AIZLEY**

DOCUMENT ELECTRONICALLY FILED

      ARTHUR H. AIZLEY, pursuant to 28 U.S.C. §1746(2), declares the following under penalty of perjury:

      1.    I am an associate of the firm of Sedgwick, Detert, Moran & Arnold LLP, attorneys for the defendant Cumis Insurance Society, Inc. ("CUMIS") in the above matter. As such, I am fully familiar with the facts and circumstances in this matter.

      2.    I submit this declaration in support of CUMIS's Opposition to Plaintiff's Cross-Motion for Default Judgment.

      3.    Attached hereto as Exhibit "A" is a true and correct copy of the Amended Summons and Amended Complaint in the action captioned *CUMIS Insurance Society, Inc. v. TCT Federal Credit Union et al.*, Case No. 09CV2647 in the Circuit Court of Dane County Wisconsin.

Dated:   New York, New York
           March 22, 2010

                                        /s/ Arthur H Aizley
                                        Arthur H. Aizley