THE UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| SPERRY ASSOCIATES FEDERAL CREDIT UNION, | ) CIVIL Action No. 10-CV-00029 ) (DBD) (MAS) ) |
| Plaintiff, | ) **NOTICE OF APPEARANCE OF** ) **ARTHUR H. AIZLEY** ) |
| v. | ) ) |
| CUMIS INSURANCE SOCIETY, INC., | ) ) |
| Defendant. | ) |

To the Clerk of the Court and all parties of record, I am admitted to practice in this Court, and I appear in this case as counsel for Defendant CUMIS Insurance Society, Inc.

Date:  March 29, 2010

/s/  Arthur H. Aizley
Arthur H. Aizley
Aaron F. Mandel
SEDGWICK, DETERT, MORAN & ARNOLD LLP
125 Broad Street, 39th Floor
New York, New York 10004-2400
Telephone: (212) 422-0202
Facsimile: (212) 422-0925
email:    arthur.aizley@sdma.com
          aaron.mandel@sdma.com

Attorneys for Defendant CUMIS Insurance Society, Inc.