UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
------------------------------------------------------------------X

SPERRY ASSOCIATES FEDERAL CREDIT UNION,

Civil Action No.: 10-CV-00029-(DBD) (MAS)

Plaintiff,

**NOTICE OF MOTION**

-against-

DOCUMENT ELECTRONICALLY FILED

CUMIS INSURANCE SOCIETY, INC.

Defendant.
------------------------------------------------------------------X

**PLEASE TAKE NOTICE** that, upon the accompanying memorandum of points and authorities in support of Defendant's Motion to Dismiss or Stay on Abstention Grounds dated April 26, 2010 and the pleadings and motion papers filed herewith, the defendant Cumis Insurance Society, Inc., by their attorneys, Sedgwick, Detert, Moran & Arnold LLP, will move this Court on June 7, 2010, or as soon thereafter as counsel can be heard, before the Honorable Dickinson R. Debevoise, U.S.D.J. at the United States Courthouse, District of New Jersey located at 50 Walnut Street, Newark, New Jersey for an Order dismissing or staying this second-filed duplicative action in favor of a first-filed action pending in the Circuit Court for Dane County in the State of Wisconsin, Case No. 09CV4343, and granting any other and further relief as this Court may deem just and proper.

2

Dated:  April 26, 2010          SEDGWICK, DETERT, MORAN & ARNOLD LLP


<u>/s/  Arthur H. Aizley</u>
Arthur H. Aizley
Martin Eide
SEDGWICK, DETERT, MORAN & ARNOLD, LLP
Attorneys for Defendant
CUMIS INSURANCE SOCIETY, INC.
125 Broad Street, 39th Floor
New York, New York 10004-2400
Telephone: (212) 422-0202
Facsimile: (212) 422-0925
email:     arthur.aizley@sdma.com
           martin.eide@sdma.com

OF COUNSEL:

Michael R. Davisson
SEDGWICK, DETERT, MORAN & ARNOLD LLP
801 S. Figueroa Street, 19th Floor
Los Angeles, CA 90017
Email: michael.davisson@sdma.com

Attorneys for CUMIS Insurance Society, Inc.