Arthur Aizley
212-898-4051
Arthur.Aizley@sdma.com

May 28, 2010

Via Electronic Filing
The Honorable Dickinson R. Debevoise
Martin Luther King, Jr. Federal Building & U.S. Courthouse
50 Walnut Street
Newark, NJ 07101

Re:  Sperry Associates Federal Credit Union v. CUMIS Insurance Society, Inc.
      Case 2:10-cv-00029-DRD-MAS

Your Honor:

I am counsel for CUMIS Insurance Society, Inc. ("CUMIS") a defendant in the above-referenced matter.  I write to:  (1) exercise CUMIS's Rule 7.1 right to adjourn the return date on CUMIS's Motion to Dismiss or Stay on Abstention Grounds from June 7th to June 22nd (based on, we are informed, the Court's unavailability on the standard return date of June 21st); (2) request permission to exceed the 15 page limit for reply briefs; and (3) suggest that Sperry's cross-motion to amend its complaint be set for the same return date, June 22nd.

CUMIS anticipates that its reply in support of its motion to dismiss or stay will fall within the customary 15 page limit.  However, given that the reply will be to a 27 page opposition which argues that the new claims which Sperry seeks to add by a proposed amended complaint change the applicable legal standard, CUMIS believes that its page limit for its reply should be expanded to 20 pages.  Sperry has not yet had a chance to express its view on this request.  CUMIS will respond to Sperry's cross-motion separately, within the standard page-limit.

Sperry's cross-motion did not request any particular return date, and accordingly the local rules direct the Court to set one.  Sperry concurs that setting the cross-motion for the same date as CUMIS's motion to dismiss or stay is reasonable, and consents to the setting of its motion for June 22nd.

The Honorable Dickinson R. Debevoise
Re:  Sperry Associates Federal Credit Union v. CUMIS Insurance Society, Inc.
May 28, 2010
Page 2


Thank you for your consideration of the above.


Respectfully Submitted,

/s/ Arthur H. Aizley


Arthur H. Aizley
Sedgwick, Detert, Moran & Arnold LLP

AXA/axa

cc:  Counsel of Record by Electronic Filing