Arthur H. Aizley
SEDGWICK, DETERT, MORAN & ARNOLD, LLP
125 Broad St., 39th Floor
New York, New York 10004
Telephone: (212) 422-0202
Facsimile: (212) 422-0925

*Attorneys for Defendant*
*CUMIS INSURANCE SOCIETY, INC.*

## THE UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| SPERRY ASSOCIATES FEDERAL CREDIT UNION, | ) CIVIL Action No. 10-CV-00029 ) (DBD) (MAS) ) ) Return Date:  July 15, 2010 |
| Plaintiff, | ) ) |
| v. | ) ) |
| CUMIS INSURANCE SOCIETY, INC., | ) ) |
| Defendant. | ) |

___

### DEFENDANT'S MOTION FOR ADMISSION PRO HAC VICE OF MICHAEL R. DAVISSON

___

Defendant CUMIS Insurance Society, Inc. ("CUMIS") submits its Motion For Admission Pro Hac Vice of Michael R. Davisson.

As the Court is aware, the above-captioned action is one of several related actions currently pending (subject to further motion practice) in Court's around the country.  Mr. Davission is the principle outside counsel coordinating such litigation for CUMIS.  As such, his admission *pro hac vice* will provide this Court with an additional perspective concerning the litigation as a whole.

{09346}                               1

The accompanying declaration of Mr. Davisson attached hereto as Exhibit A avers that he has not been subject to discipline by any court and attaches a detailed breakdown of the Courts to which he has been admitted.  Additionally, a Certificate of Good Standing is attached from the Central District of California is attached hereto as Exhibit B.  Mr. Davisson accordingly meets the requirements for admission of Civil Rule 101.1(c).

## CONCLUSION

WHEREFORE, for the reasons set forth herein, CUMIS requests that the Court admit Michael R. Davisson *pro hac vice*.

Date:  June 21, 2010

>/s/  Arthur H. Aizley
>Arthur H. Aizley
>SEDGWICK, DETERT, MORAN & ARNOLD, LLP
>Attorneys for Defendant
>CUMIS INSURANCE SOCIETY, INC.
>125 Broad Street, 39th Floor
>New York, New York 10004-2400
>Telephone: (212) 422-0202
>Facsimile: (212) 422-0925
>Email:     arthur.aizley@sdma.com

OF COUNSEL:

>Michael R. Davisson  (Bar No. 083278)
>SEDGWICK, DETERT, MORAN & ARNOLD LLP
>801 S. Figueroa Street, 19th Floor
>Los Angeles, CA 90017
>Email: michael.davisson@sdma.com
>
>Attorneys for CUMIS Insurance Society, Inc.

{09346}                                         2