# SCOTT A. ROSENBERG, P.C.
A PROFESSIONAL CORPORATION
ATTORNEYS AND COUNSELORS AT LAW
(516) 279-6848
2400 JERICHO TURNPIKE
SUITE 201
GARDEN CITY PARK, NY 11040

OF COUNSEL
KENNETH PAGLIUGHI

April 11, 2011

**By:   ECF Filing & Fax**

Honorable Michael A. Shipp
United States District Court
District of New Jersey
Martin Luther King Building
50 Walnut Street, Room 4015
Newark, NJ 07101

**Re:   *Sperry Associates Federal Credit Union*
*v.*
*CUMIS Insurance Society, Inc.*
*Civil Case No.: 10-00029***

Dear Judge Shipp:

    This firm represents the plaintiff Sperry Associates Federal Credit Union in the above referenced civil action in the U.S. District Court for the District of New Jersey.

    Counsel for CUMIS has scheduled four non-party depositions for this week which we were fully prepared to attend. Mr. Rosenberg's father fell very ill yesterday morning and was hospitalized. I emailed counsel for CUMIS of this development and requested an adjournment of the depositions. Counsel advised that as she had already traveled from the West Coast for the depositions and all non-parties had been subpoenaed she could not agree to an adjournment.

    Mr. Rosenberg was to personally attend these depositions as the witnesses to be deposed overlap with the Sperry's related litigation with Fannie Mae and he is the only attorney in our office with familiarity with both cases. Unfortunately, Mr. Rosenberg's father passed away while I was on the phone with your clerk requesting that the court intervene by adjourning the scheduled depositions.

    In light of Mr. Rosenberg's personal tragedy and the fact that he was the only attorney prepared to appear at the depositions we respectfully request that the court order the depositions adjourned.

    I thank you for your consideration of this matter.

Respectfully yours,

SCOTT A. ROSENBERG, P.C.
By:

_____
Kenneth J. Pagliughi, Esq.

cc:   Arthur Aizley, Esq. (via ECF Notification)
      Valerie Rojas, Esq. (via ECF Notification)