ATTORNEYS AT LAW
125 BROAD STREET, 39TH FLOOR   NEW YORK, NEW YORK 10004-2400
www.sedgwicklaw.com   212.422.0202 *phone*   212.422.0925 *fax*

# Sedgwick LLP

*Arthur H. Aizley*
*212-898-4051*
*arthur.aizley@sedgwicklaw.com*

April 21, 2011

*Via ECF & Federal Express*

Clerk of the Court
United States District Court of New Jersey
Martin Luther King, Jr. Federal Building & U.S. Courthouse
50 Walnut Street, Room 4014
Newark, New Jersey 07101

Re:  *Sperry Associates Federal Credit Union v. CUMIS Insurance Society, Inc.*
     Case 2:10-cv-00029-DRD-MAS
     Our File No.: 00480-006356

Your Clerk:

This firm represents defendant CUMIS Insurance Society in the above-referenced matter. We are writing to inform the Court, effective March 31, 2011, Sedgwick, Detert, Moran & Arnold LLP changed its name to **Sedgwick LLP**. The firm's and its lawyers' addresses, phone numbers and fax numbers have not been affected by this change. However our email addresses now use the extension "@sedgwicklaw.com" which has been updated in the Court's ECF system under my account pursuant to the court's requirements. Should you require anything further or have any questions regarding the above, please contact me. I thank you for your attention to this matter.

Respectfully submitted,

Arthur H. Aizley
Sedgwick LLP

AHA/jg

cc:  Kenneth J. Pagliughi, Esq.
     Scott A. Rosenberg, P.C.
     Counsel for Plaintiff

     Umar A. Sheikh, Esq.
     Loanzon Sheikh, LLC
     Local Counsel for Plaintiff

NY/697455v1