# SCOTT A. ROSENBERG, P.C.
A PROFESSIONAL CORPORATION
ATTORNEYS AND COUNSELORS AT LAW
(516) 279-6848
2400 JERICHO TURNPIKE
SUITE 201
GARDEN CITY PARK, NY 11040

OF COUNSEL
KENNETH PAGLIUGHI

June 28, 2011

By:   ECF Filing & Fax (973) 645-4412

So Ordered this 1st day of July, 2011

_Michael A. Shipp_
United States Magistrate Judge

Hon. Michael A. Shipp
United States District Court
District of New Jersey
Martin Luther King Building
50 Walnut Street, Room 4015
Newark, New Jersey 07101

Re:   *Sperry Associates Federal Credit Union*
      *v.*
      *CUMIS Insurance Society, Inc.*
      Civil Case No. 10-00029

Dear Judge Shipp:

    As Your Honor is aware, this office represents Plaintiff, Sperry Associates Federal Credit Union ("Sperry") in the above captioned matter. I am writing you regarding a non-party deposition that Sperry has attempted to schedule.

    On June 22, 2011 Sperry served a subpoena to testify at deposition scheduled for July 1, 2011 on non-party Amy Owen, Esq. who had been retained by CUMIS to assist the credit unions in the investigation of their various claims against Fannie Mae. On June 23, 2011 CUMIS advised that Ms. Owen will not be available on July 1, 2011 but that she would be available on July 13, 2011 and that CUMIS would not object to Sperry's request to continue the discovery deadline solely for the purpose of conducting Ms. Owen's July 13th deposition.

    As Ms. Owen will not be available until after the scheduled close of discovery on July 5, 2011, but prior to the status conference scheduled for July 14, 2011, Sperry respectfully requests that it be permitted to conduct the deposition of Ms. Owen on July 13, 2011.

I thank you for your consideration of this matter.

Respectfully,

*[signature]*

Kenneth J. Pagliughi
Scott A. Rosenberg, PC


cc:   Michael R. Davisson, Esq. (via ECF Notification)
      Arthur Aizley, Esq. (via ECF Notification)
      Valerie Rojas, Esq. (via ECF Notification)