| | |
|---|---|
| **LOANZON SHEIKH LLC**<br>197 State Highway 18<br>PMB 4175, Suite 3000<br>East Brunswick, NJ 08816<br>(732) 398-8600<br>By: Umar A. Sheikh, Esq. | **SCOTT A. ROSENBERG, P.C.**<br>2400 Jericho Turnpike<br>Garden City Park, NY 11040<br>(516) 877-7205<br>By: Scott A. Rosenberg, Esq.<br>     Kenneth J. Pagliughi, Esq.<br>     *(Admitted Pro Hac Vice)* |
| *Local Counsel for Plaintiff*<br>*Sperry Associates Federal Credit Union* | *Counsel for Plaintiff*<br>*Sperry Associates Federal Credit Union* |

### UNITED STATES DISTRICT COURT
### DISTRICT OF NEW JERSEY

| | |
|---|---|
| SPERRY ASSOCIATES FEDERAL CREDIT UNION,<br><br>　　　　　　　　　　　　Plaintiff,<br><br>-against-<br><br>CUMIS INSURANCE SOCIETY, INC.,<br><br>　　　　　　　　　　　　Defendant. | Civil Action No. 2:10-cv-00029 (DRD) (MAS)<br><br>**ORDER ADMITTING**<br>**KEVIN R. TOOLE**<br><br>***PRO HAC VICE*** |

**THIS MATTER** having been opened before the Court by counsel for Plaintiff Sperry Associates Federal Credit Union ("Sperry") for an Order admitting Kevin R. Toole, Esq., associated with the law firm of Scott A. Rosenberg, P.C., with offices located at 2400 Jericho Turnpike, Garden City Park, New York 11040, *pro hac vice* in this matter as Sperry's counsel, and the Court having read the papers submitted on behalf of Sperry in support of this motion, and for good cause shown,

**IT IS** on this ___12th___ day of July 2011,

**ORDERED** that the motion by Plaintiff Sperry Associates Federal Credit Union is hereby granted and that Kevin R. Toole, Esq. is admitted to practice *pro hac vice* before this Court for all purposes and in all proceedings connected with this litigation;

**IT IS FURTHER ORDERED** that Kevin R. Toole, Esq. shall comply with all of the Rules of Court governing this jurisdiction, including all disciplinary rules;

**IT IS FURTHER ORDERED** that Kevin R. Toole, Esq. consent to the appointment of the Clerk of this Court as agent upon whom service of process may be made for all actions against Kevin R. Toole, Esq. that may arise out of Mr. Toole's participation in this matter;

**IT IS FURTHER ORDERED** that Kevin R. Toole, Esq. shall make payment to the New Jersey Fund for Client Protection as provided in R. 1:28-2(a) and further comply with R. 1:20-1(b), R. 1:28-2 and R. 1:28B-1(e);

**IT IS FURTHER ORDERED** that the Clerk of this Court shall forward a copy of this Order to the Treasurer of the New Jersey Fund for Client Protection;

**IT IS FURTHER ORDERED** that all pleadings, briefs and other papers filed in this Court shall be signed by Umar A. Sheikh, Esq. of the law firm of Loanzon Sheikh LLC, who shall be responsible for them and for the conduct of the cause and of Kevin R. Toole, Esq.;

**IT IS FURTHER ORDERED** that Kevin R. Toole, Esq. promptly notify the Court immediately of any matter affecting Mr. Toole's standing at the bar of any other Court; and

**IT IS FURTHER ORDERED** that a copy of this Order shall be served by attorneys for Sperry upon all other counsel in this matter within three (3) days of receipt thereof.

