**Ken Pagliughi, JD, CPCU**

| | |
|---|---|
| From: | Kenneth J. Pagliughi, Esq. [pagliugh@optonline.net] |
| Sent: | Monday, August 01, 2011 10:46 AM |
| To: | Ken Pagliughi, JD, CPCU |
| Subject: | FW: Fannie Mae Purchase Dates |
| Attachments: | Produced_FNMA-USM000017102-FNMA-USM000017171.pdf; Produced_FNMA-USM000017099-FNMA-USM000017101.pdf |

**From:** Kenneth J. Pagliughi, Esq. [mailto:pagliugh@optonline.net]
**Sent:** Monday, July 25, 2011 12:08 PM
**To:** Rojas, Valerie (Valerie.Rojas@sedgwicklaw.com)
**Cc:** scotrosenberglaw@aol.com; Davisson, Michael (Michael.Davisson@sedgwicklaw.com)
**Subject:** Fannie Mae Purchase Dates

Valerie:

Attached are the documents you requested regarding the dates the loans were sold to Fannie Mae. One attachment is the Loan Delivery Spreadsheet. The other attachment is the Loan Delivery Data Dictionary, which notes that the column titled Fnd_Dt is the "Funding Date" and reflects the date that the loan is purchased by Fannie Mae. You are able to search the Loan Delivery Spreadsheet for Sperry loans using Sperry's loan numbers.

Ken

# Kenneth J. Pagliughi, Esq.

Of Counsel
Scott A. Rosenberg, PC
2400 Jericho Turnpike, Suite 201
Garden City Park, NY 11040
(516) 877-7205
(516) 730-2732 Fax
(516) 316-4697 Cell

This e-mail message is intended only for the named recipient(s) above. It may contain confidential information that is privileged or that constitutes attorney work product. If you are not the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this e-mail and any attachment(s) is strictly prohibited. If you have received this e-mail in error, please immediately notify the sender at 516-316-4697 or by replying to this e-mail and delete the message and any attachment(s) from your system. Thank you.

IRS CIRCULAR 230 DISCLOSURE: To comply with IRS Regulations, we inform you that any discussion of U.S. federal tax issues in this correspondence (including any attachments) is not intended or written to be used, and cannot be used, (i) to avoid any penalties imposed under the Internal Revenue Code, or (ii) to promote, market, or recommend to another party any transaction or matter addressed herein.