## LOAN DELIVERY DATA DICTIONARY

| **Field Label** | **Field Label Description** | **Definition** |
|---|---|---|
| Lndr_Ln_No | Lender Loan Number | The Servicer assigned record-keeping number. |
| Cmmt_No | Commitment Number | The six-character commitment number assigned to the standard or negotiated loan commitments. |
| On_Bhlf_ID | On Behalf of ID | External user ID for whom a FM Analyst is working on behalf of in the system |
| Last_Upd_Usr_ID | Last Update User ID | User ID for the last update made to pool/commitment |
| Selr_No | Seller Number | The nine-digit identification number assigned to your organization. |
| Prop_Adr | Property Address | The address of the mortgaged property |
| Prop_City | Property City | The city of the mortgaged property |
| Prop_St | Property State | The state of the mortgaged property |
| Orig_Ln_Amt | Original Loan Amount | The principal balance of the mortgage at the time of origination |
| Curr_UPB | Current Unpaid Principal Balance | Represents, as of the last paid installment, the actual UPB at the time of submission |
| Ocpy_Cd | Occupancy Code | Indicates whether the borrower lives in the property or not.<br><br>Possible values are:<br>1 – Principal Residence<br>2 – Second Home<br>3 – Investment Property |
| Orig_Term | Original Term | Represents the length of the mortgage |
| LTV_Rto | Loan to Value Ratio | The calculation resulting from the Original Loan Amount divided by Value. |
| Spcl_Feat_Cd_1 | Special Feature Code 1 | Identifies additional characteristics of the loan, such as buydowns or 2nd mortgages |
| Spcl_Feat_Cd_2 | Special Feature Code 2 | Identifies additional characteristics of the loan, such as buydowns or 2nd mortgages |
| Spcl_Feat_Cd_3 | Special Feature Code 3 | Identifies additional characteristics of the loan, such as buydowns or 2nd mortgages |
| Spcl_Feat_Cd_4 | Special Feature Code 4 | Identifies additional characteristics of the loan, such as buydowns or 2nd mortgages |
| Spcl_Feat_Cd_5 | Special Feature Code 5 | Identifies additional characteristics of the loan, such as buydowns or 2nd mortgages |
| Pur_Doc | Purchase Doc Code | Denotes whether the purchase documents (notes, assignments, schedules, etc.) are sent to Fannie Mae, a Custodian, or retained by you. |
| Spcl_Feat_Cd_6 | Special Feature Code 6 | Identifies additional characteristics of the loan, such as buydowns or 2nd mortgages |

FNMA-USM000017099

| **Field Label** | **Field Label Description** | **Definition** |
|---|---|---|
| Ln_Cmnt | Loan Comment | Used to provide free-text comments about the loan. This field is passed to downstream systems. |
| Smt_Flag | Submit Flag | Flag that indicates if the loan has been submitted to Loan Delivery |
| Smt_Dt | Submit Date | Time at which application request was submitted |
| Fnd_Dt | Funding Date | The date that the loan is purchased by Fannie Mae |
| Ed_Stat | Edit Status | Status of the edit |
| Pye_Cd | Payee Code | The Fannie Mae-assigned code to direct the wire transfer and/or special mailing of purchase funds. |
| Orig_UPB_Fst_Lien | Original Unpaid Principal Balance First Lien | The original unpaid principal balance (i.e., Original Loan Amount) on the first lien |
| Curr_UPB_Fst_Lien | Current Unpaid Principal Balance First Lien | Represents, as of the last paid installment, the actual unpaid principal balance of the first Lien at the time of submission to Fannie Mae |
| Dsk_Uwrr_Case_No | Desktop Underwriter Case File Number (and meaning of number) | A ten-digit alphanumeric value used to identify the unique number that Desktop Underwriter assigned to the mortgage when it was submitted for an underwriting evaluation, which is used for tracking subsequent activity related to the mortgage. |
| Brwr_Last_Nme | Borrower Last Name | Last name of the borrower on the note. |
| Brwr_Fst_Nme | Borrower First Name | First name of the borrower on the note. |
| Prcs_Stat_Cd | Process Status Code | Tells the status of a loan.<br><br>Possible values are:<br><br>1 – "Not Submitted"<br>2 – "Approved-Pending Resubmission"<br>3 – "Test Submitted"<br>4 – "Submitted"<br>5 – "Revised – Pending Approval for Resubmission" |
| Imp_Rec_Strg | Import Record String | Tells whether a loan was imported or manually entered |
| FNM_Ln_No | Fannie Mae Loan Number | Fannie Mae Loan Numbers are available the day after a pool has closed or a whole loan has funded |

FNMA-USM000017100

| Field Label | Field Label Description | Definition |
|---|---|---|
| Clcd_Iss_Dt_UPB | Calculated Issue Date | An 11-digit numeric value greater than zero (with no more than two digits to the right of the decimal) that indicates the scheduled balance for an MBS pool mortgage as of the issue date for the MBS; if the payment is due on the first of the month, indicate the balance after application of the principal portion of the payment due in the issue month (otherwise, indicate the balance after application of the principal portion of the payment due in the month preceding the issue date); if loan type if "3," must be within the limits we establish for the maximum conventional mortgage amount.<br><br>Possible values are:<br><br>1 – FHA/VA (MBS Only)<br>1 – FHA/RD (cash only)<br>2 – VA (cash only)<br>3 – Conventional |
| Smtd_UPB | Submitted Unpaid Principal Balance | UPB amount that has been submitted so far towards a Cash Commitment |
| Resmt_Aprvl_ID | Resubmit Approval ID | User ID of the FM Analyst who approved the loan to be re-submitted by the lender |
| Resmt_Aprvl_Flag | Resubmit Approval Flag | Flag indicating that the loan has been approved by a FM Analyst for re-submission by the Lender |
| DU_Case_Stat | Desktop Underwriter Case Status | Status of retrieval of data into LD from DU |
| Fnd_UPB | Funded Unpaid Principal Balance | Amount FM funded lender for the loan |
| Cmpn_Stat | Component Comparison Status | The possible values are:<br><br>8 – Passed<br>9 – Edit Off<br>1 – Fatal<br>2 – Warned<br>10 – Not Compared |
| DU_Cmpn_Dt | Desktop Underwriter Comparison Date | The date that a loan was compared to DU |
| DU_Flds_Cmpn_Stat | Desktop Underwriter Fields Comparison Status | The status of the data that was compared to DU |

FNMA-USM000017101