# SCOTT A. ROSENBERG, P.C.
A PROFESSIONAL CORPORATION
ATTORNEYS AND COUNSELORS AT LAW
(516) 279-6848
2400 JERICHO TURNPIKE
SUITE 201
GARDEN CITY PARK, NY 11040

OF COUNSEL
KENNETH PAGLIUGHI

September 5, 2011

**By:    ECF Filing**

Hon. Michael A. Shipp
United States District Court
District of New Jersey
Martin Luther King Building
50 Walnut Street, Room 4015
Newark, New Jersey 07101

Re:   *Sperry Associates Federal Credit Union*
      *v.*
      *CUMIS Insurance Society, Inc.*
      *Civil Case No. 10-00029*

Dear Judge Shipp:

  As you are aware this office represents the Plaintiff Sperry Associates Federal Credit Union ("Sperry"). As directed by the Court during the teleconference held on August 31, 2011, this letter is an update regarding the steps being taken to resolve the issue of "false trial balances."

  During the teleconference Mr. Davisson had represented that the only additional material CUMIS needed related to this issue are the bates stamp numbers of purchase advices for twenty three of the Sperry loans. We in turn advised that we would contact Fannie Mae regarding the identification of the purchase advices by bates stamp number and forward the information to CUMIS as soon as it is received from Fannie Mae.

  Sperry's counsel has requested the bates stamp information from Fannie Mae and Fannie Mae has advised that it will provide the information shortly. Once Sperry has received the information and forwarded it to CUMIS this matter should be resolved.

Respectfully,

Kenneth J. Pagliughi
Scott A. Rosenberg, PC

cc: Michael R. Davisson, Esq. (via ECF Notification)
Arthur Aizley, Esq. (via ECF Notification)
Valerie Rojas, Esq. (via ECF Notification)