

ATTORNEYS AT LAW
125 BROAD STREET, 39TH FLOOR   NEW YORK, NY 10004-2400
*www.sedgwicklaw.com*   212.422.0202 *phone*   212.422.0925 *fax*

*arthur.aizley@sedgwicklaw.com*
*valerie.rojas@sedgwicklaw.com*

September 19, 2011

<u>Via Electronic Filing</u>

The Honorable Michael A. Shipp
Martin Luther King Jr. Federal Building &
U.S. Courthouse
50 Walnut St., Room 4015
Newark, NJ 07101

Re:  *Sperry Associates Fed. Credit Union v. CUMIS Ins. Society, Inc.*
     Case No. 10-CV-00029-DRD-MAS
     Our File No.:  00480-006356

Dear Judge Shipp:

CUMIS Insurance Society ("CUMIS") respectfully submits this letter in reply to Plaintiff Sperry Associates Federal Credit Union's ("Sperry") letter of September 15, 2011.  In its letter, Sperry requests additional time to submit its expert report up October 15, 2011 (previously due September 15, 2011), so that its expert can review the deposition transcript of a witness scheduled to be deposed October 6, 2011.

CUMIS has no objection to Sperry's request for a 30 day extension of time to submit its supplemental expert report provided that CUMIS also be provided with a 30 day extension of time to submit its expert report.  CUMIS' expert report is currently due on October 17, 2011 – two days after Sperry proposes to submit its supplemental expert report.  Accordingly, if Sperry is permitted to submit its supplemental expert report by October 15, 2011, CUMIS respectfully requests that it be permitted to submit its expert report by November 15, 2011.

Very truly yours,

/s/Arthur Aizley

Arthur Aizley
Valerie Rojas
Sedgwick LLP


cc:  Counsel of Record by Electronic Filing

VDR:klr

LA/1113542v1