Arthur H. Aizley (AA-5049)
SEDGWICK, LLP
125 Broad Street, 39th Floor
New York, New York 10004-2400
(212) 422-0202

Michael R. Davisson (*Pro Hac Vice*)
Valerie Rojas (*Pro Hac Vice*)
SEDGWICK, LLP
(213) 426-6900
801 S. Figueroa Street, 19th Floor
Los Angeles, CA 90017

Attorneys for Defendant
CUMIS INSURANCE SOCIETY

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

---------------------------------------------------------------X
SPERRY ASSOCIATES FEDERAL CREDIT      Case No. 10-CV-00029 (DRB) (MAS)
UNION,

               Plaintiff,

     -against-

CUMIS INSURANCE SOCIETY, INC.,

               Defendant.
---------------------------------------------------------------X

## CERTIFICATE OF SERVICE

    I, Arthur H. Aizley, hereby certify and affirm that a true and correct copy of the following pleadings:

1. **DEFENDANT CUMIS INSURANCE SOCIETY, INC.'S REPLY MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF DEFENDANT'S MOTION FOR SUMMARY JUDGMENT;**

2. **STATEMENT OF UNDISPUTED MATERIAL FACTS IN SUPPORT OF REPLY TO PLAINTIFF'S SPERRY'S OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT;**

3. **EVIDENTIARY OBJECTIONS IN SUPPORT OF REPLY TO PLAINTIFF SPERRY'S OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT; AND**

4. **DECLARATION OF MICHAEL R. DAVISSON IN SUPPORT OF REPLY TO PLAINTIFF SPERRY'S OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT.**

was served via CM/ECF on this 9th day of February 2012, upon the following:

Kenneth J. Pagliughi, Esq.
Scott A. Rosenberg, P.C.
2400 Jericho Turnpike, Suite 201
Garden City Park, New York 11040
(516) 877-7205


Umar A. Sheikh, Esq.
Loanzon Sheikh, LLC
197 State Highway 18
PMB 4175, Suite 3000
East Brunswick, New Jersey 08816
(732) 398-8600


Dated: Los Angeles, California
       February 9, 2012

                                        /s/Arthur H. Aizley (AA-5049)
                                        Arthur H. Aizley