# Exhibit A

```
                  02-10-11_Deposition_of_David_Lynett(ascii)
 9          recall specifically how we got that.  Amy and
10          Scott did that directly together, getting that
11          information.
12     Q    Did anyone acting on behalf of CUMIS have any
13          discussions with Fannie Mae concerning any of the
14          claims made by any credit union, concerning losses
15          caused by CU National?
16     A    Other than Amy having contact with Fannie Mae
17          counsel, I don't know of any other direct contact.
18     Q    What was the purpose of Amy having communications
19          with Fannie Mae?
20     A    We were trying to learn how the loss happened.
21     Q    What facts did you learn from conversations with
22          Fannie Mae concerning how the losses happened?
23     A    Well, we found out their position was they were a
24          holder in due course on the mortgages.
25     Q    Anything else?
00054
 1     A    At some point, we got access to what they referred
 2          to as the vault that had documents, the transfer
 3          documents.  I think in some cases that's where the
 4          original mortgages were.
 5     Q    And did someone review those mortgages?
 6     A    In the -- in the cases where we had the credit
 7          union's permission to look at that credit union's
 8          documents, we would look at them.
 9     Q    Does that include Suffolk?
10     A    I don't remember -- I don't believe they gave us
11          access to theirs.  Again, that was due to the
12          conversation about putting the claim investigation
13          on the back burner.
14     Q    What information did you learn from the review of
15          the mortgage documents from the vault?
16     A    How they were transferred.
17     Q    How did that happen?
18     A    What -- typically, what we found was that if it
19          was a loan that was authorized to be sold, there
20          was a variation of the way that was accomplished.
21                    Some had a general standing
22          agreement of how it would be transferred; in some
23          cases, credit union employees from their internal
24          lending department would sign the documents; in
25          some cases, CU National personnel would sign for
00055
 1          them.
 2                    In the cases where loans were
 3          transferred or sold without authority, we found
 4          that either Michael McGrath or one of his close
 5          associates signed those documents representing
 6          themselves to be credit union employees.
 7     Q    Who were the close associates?
 8     A    I remember Ron Carty.  I don't remember any other
 9          specific names.
10     Q    Did you ever come to learn how loans -- Suffolk's
11          loans were authorized to be sold?
12     A    I don't remember specifically what their process
13          was.
14     Q    Did you or anyone else at CUMIS ever seek to
15          determine what documents McGrath created in order
16          to avoid detection by Suffolk?
17     A    I know that he was creating the monthly summaries
18          that would be provided for.  In other words, he
19          had to do a two-track.  Once Fannie owned a loan
                            Page 23
```

```
                       02-10-11_Deposition_of_David_Lynett(ascii)
20                  they weren't supposed to own, he had to do an
21                  accounting record for both Fannie and the credit
22                  union.
23          Q       Did you ever -- do you have any understanding of
24                  whether one of those accountings was inaccurate in
25                  any way?
00056
 1          A       I don't have any information to suggest it wasn't
 2                  accurate as to the loans that it referred to.
 3          Q       Have you ever heard the term "trial balance"?
 4          A       Yes.
 5          Q       Do you know whether McGrath ever submitted to
 6                  Suffolk any trial balances that showed that loans
 7                  that were actually sold to Fannie Mae were still
 8                  in Suffolk's loan portfolio?
 9          A       It's my understanding that he would create, like I
10                  said, a dual set.  So there --
11          Q       And the set that was sent to Suffolk was a set
12                  that showed that loans that were actually
13                  not -- strike that.
14                          And the set that was sent to
15                  Suffolk showed loans in Suffolk's portfolio that
16                  were actually already sold to Fannie Mae?
17                          MR. DAVISSON:  Object to the form.  You
18                  can answer.
19          BY THE WITNESS:
20          A       Eventually, that's what we learned, is that there
21                  were loans that were sold that were not authorized
22                  to be sold.
23          BY MS. BRANKOV:
24          Q       And were those loans reflected on the trial
25                  balances?
00057
 1          A       I assume they were.  I don't remember
 2                  specifically.
 3          Q       Do you know if any of the documents McGrath sent
 4                  to Suffolk were false and misleading in an effort
 5                  to hide the fraud that he had and was
 6                  perpetrating?
 7                          MR. DAVISSON:  Object to the form.
 8          BY THE WITNESS:
 9          A       The only documents I'm personally aware of that
10                  they got that were -- I mean, if you're sending a
11                  trial balance to Suffolk and a trial balance for
12                  the same loans to Fannie Mae, one could conclude
13                  that that was misleading.
14          BY MS. BRANKOV:
15          Q       Did CUMIS ever consider whether McGrath used his
16                  position as Suffolk's servicing contractor to
17                  conceal the unauthorized sale of the 189 loans to
18                  Fannie Mae?
19                          MR. DAVISSON:  Object to the form.
20          BY THE WITNESS:
21          A       Use his position?  I guess I don't understand what
22                  that -- what you're asking me.
23                          MS. BRANKOV:  Strike that.  I'll go back
24                  to it.
25
00058
 1          BY MS. BRANKOV:
 2          Q       Do you know if there was anything that CUMIS did
 3                  to investigate Suffolk's claim that was not done
 4                  to investigate any of the other claims by the
                                    Page 24
```