| | |
|---|---|
| **LOANZON SHEIKH LLC**<br>197 State Highway 18<br>PMB 4175, Suite 3000<br>East Brunswick, NJ 08816<br>(732) 398-8600<br>By:  Umar A. Sheikh, Esq.<br><br>*Local Counsel for Plaintiff*<br>*Sperry Associates Federal Credit Union* | **SCOTT A. ROSENBERG, P.C.**<br>2400 Jericho Turnpike<br>Suite 201<br>Garden City Park, NY 11040<br>(516) 877-7205<br>By:  Scott A. Rosenberg, Esq.<br>        Kenneth J. Pagliughi, Esq.<br>        *(Pro Hac Vice)*<br><br>*Counsel for Plaintiff*<br>*Sperry Associates Federal Credit Union* |

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| SPERRY ASSOCIATES FEDERAL CREDIT UNION,<br><br>                                                    Plaintiff,<br><br>                    -against-<br><br>CUMIS INSURANCE SOCIETY, INC.<br><br>                                                    Defendant. | Civil Action No. 10-CV-00029 (DRD) (MAS) |

CERTIFICATION OF SERVICE

    I, Kenneth J. Pagliughi, hereby certify and affirm that a true and correct copy of the following pleading(s):

PLAINTIFF'S REPLY TO DEFENDANT'S OPPOSITION TO PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT WITH SUPPORTING BRIEF AND AFFIDAVITS.

    Was served via ECF on this 9th day of February, 2012, upon the following:

Michael Davisson, Esq. Sedgwick, LLP
801 S. Figueroa Street
19th Floor
Los Angeles, CA 90017

Valerie Rojas, Esq.
801 S. Figueroa Street
19th Floor
Los Angeles, CA 90017

Arthur H. Aizley, Esq.
Sedgwick, Deter, Moran, & Arnold LLP
125 Broad Street, 39th Floor
New York, New York 10004-2400
(212) 422-0202
Fax (212) 422-0925

Attorneys for Defendant


Dated:  Garden City Park, New York
        February 9, 2012

                                                    Kenneth J. Pagliughi