UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

Sperry Associates Federal Credit Union,

        Plaintiff,

v.

Cumis Insurance Society, Inc.,

        Defendant.

Civil Action No. 10-29 (DRD)(MAS)

**AMENDED SCHEDULING ORDER**

**THIS MATTER** having come before the Court for a telephone status conference on April 27, 2012, and for good cause shown:

**IT IS** on this **30th** day of **April, 2012,**

**ORDERED THAT:**

1. All paper discovery as to the damages issue shall be served by **May 4, 2012,** and all discovery responses shall be served by **May 25, 2012**.

2. **Motions to Compel**: Any motions to compel shall be filed according to the following briefing schedule:
   a. Moving papers shall be filed by **June 8, 2012**;
   b. Any and all opposition shall be filed by **June 18, 2012**; and
   c. Any and all reply shall be filed by **June 25, 2012**.

3. There shall be a telephone status conference on **July 16, 2012** at **10:30 a.m.** Counsel for Plaintiff shall initiate the call to Chambers (973) 645-3827.

4. All discovery as to the damages issue shall be complete by **August 16, 2012**.

5. **FAILURE TO FOLLOW THIS ORDER MAY RESULT IN SANCTIONS PURSUANT TO Fed. R. Civ. P. 16(f) and 37.**

_/s/ M A Shipp_
**Honorable Michael A. Shipp**
**UNITED STATES MAGISTRATE JUDGE**