# SCOTT A. ROSENBERG, P.C.
A PROFESSIONAL CORPORATION
ATTORNEYS AND COUNSELORS AT LAW
(516) 877-7205
(516) 730-2732 Fax
2400 JERICHO TURNPIKE
SUITE 201
GARDEN CITY PARK, NY 11040

OF COUNSEL
KENNETH PAGLIUGHI
LISA BISAGNI
WILLIAM SNYDER
JOHN SORDI

May 4, 2012

The Honorable Michael A. Shipp
Martin Luther King, Jr. Federal Building & U.S. Courthouse
50 Walnut Street
Newark, N.J. 07101

Re: *Sperry Associates Federal Credit Union v. CUMIS Insurance Society, Inc.*
    *Case 2:10-cv-00029-DRD-MAS*

Dear Judge Shipp:

As you are aware, this office represents Sperry Associates Federal Credit Union ("Sperry") the Plaintiff in the above captioned matter.

During the conference call held with the parties on April 27, 2012, Your Honor directed that the parties conduct discovery pursuant to a schedule set forth by the Court. At the close of the call you had also directed that the Plaintiff may complete its discovery as respects its bad faith claim. However, the Order filed at docket no. 118 only references discovery related to damages. By this letter Plaintiff wishes to confirm its understanding of Honor's direction.

Respectfully,

Kenneth J. Pagliughi, Esq.
Scott A. Rosenberg, P.C.


cc:   Counsel of Record by Electronic Filing