# SCOTT A. ROSENBERG, P.C.
A PROFESSIONAL CORPORATION
ATTORNEYS AND COUNSELORS AT LAW
(516) 877-7205
(516) 730-2732 Fax
2400 JERICHO TURNPIKE
SUITE 201
GARDEN CITY PARK, NY 11040

OF COUNSEL
KENNETH PAGLIUGHI
LISA BISAGNI
WILLIAM SNYDER
JOHN SORDI

June 21, 2012

**By:** **Electronic Filing**

Hon. Michael A. Shipp
United States District Court
District of New Jersey
Martin Luther King Building
50 Walnut Street, Room 4015
Newark, New Jersey 07101

*Re:*   *Sperry Associates Federal Credit Union*
*v.*
*CUMIS Insurance Society, Inc.*
*Civil Case No. 10-00029*

Dear Judge Shipp:

As Your Honor is aware, this office represents Plaintiff, Sperry Associates Federal Credit Union ("Sperry") in the above captioned matter. I am writing to you regarding Sperry's opposition to CUMIS Insurance Society's ("CUMIS") motion to compel production.

Pursuant to the Your Honor's order motions to compel and for protective orders were to be filed by June 8, 2012, with opposition to be filed by June 18, 2012. This office mis-calendared the date to file opposition for June 22, 2012, and only realized the same when preparing to file the opposition on June 21, 2012. Counsel emailed CUMIS to obtain consent to file late but received no response and attempted to reach CUMIS by phone. Counsel also contacted your Judicial Clerk and advised of the situation and was advised to file with a letter requesting leave to file late. Accordingly, it is respectfully requested that Sperry be granted leave to file its opposition to CUMIS' motion after the date scheduled by Your Honor.

I thank you for your consideration of this matter.

Respectfully,

*[signature: Kenneth J. Pagliughi]*

Kenneth J. Pagliughi
Scott A. Rosenberg, PC

cc:   Counsel of Record by Electronic Filing