# SCOTT A. ROSENBERG, P.C.
A PROFESSIONAL CORPORATION
ATTORNEYS AND COUNSELORS AT LAW
(516) 877-7205
(516) 730-2732 Fax
2400 JERICHO TURNPIKE
SUITE 201
GARDEN CITY PARK, NY 11040

OF COUNSEL
KENNETH PAGLIUGHI
LISA BISAGNI
WILLIAM SNYDER
JOHN SORDI

July 15, 2012

**By:   Electronic Filing**

Hon. Michael A. Shipp
United States District Court
District of New Jersey
Martin Luther King Building
50 Walnut Street, Room 4015
Newark, New Jersey 07101

*Re:   Sperry Associates Federal Credit Union*
*v.*
*CUMIS Insurance Society, Inc.*
*Civil Case No. 10-00029*

Dear Judge Shipp:

     As Your Honor is aware, this office represents Plaintiff, Sperry Associates Federal Credit Union ("Sperry") in the above captioned matter. On July 13, 2012, Umar Sheikh (Sperry's local counsel) had a call with Sean in your office wherein Mr. Sheikh was advised that: i.) Sperry's motions to compel and for a protective order, as well as CUMIS' motion to compel were before you; ii.) that the teleconference before you scheduled for Monday July 16, 2012, had been cancelled; and iii.) that the docket entry indicating that Judge Debevoise would hear oral argument on the pending motions on July 16, 2012, was an error and as such the parties were not to appear at that time.

     While counsel for both parties have conferred with each other and have confirmed their understanding of the Court's direction, in an abundance of caution Sperry files this letter to memorialize the same.

Respectfully,

Kenneth J. Pagliughi
Scott A. Rosenberg, PC

cc: Counsel of Record by Electronic Filing