UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| **SPERRY ASSOCIATES FEDERAL CREDIT UNION,** | : | |
| Plaintiff(s), | : | Civil Action No. 10-0029(DRD) |
| -vs- | : | |
| **CUMIS INSURANCE SOCIETY, INC.** | : | ORDER SCHEDULING FINAL PRETRIAL CONFERENCE |
| Defendant(s), | : | |

**IT IS on this 9th day of August, 2012**

**ORDERED THAT:**

1.  **A Final Pretrial Conference** shall be conducted pursuant to Federal Rule of Civil Procedure 16(d) on **October 30, 2012 at 1:00 P.M.** before the undersigned in Room 477 of the U.S. Post Office & Courthouse Bldg., Federal Square, Newark, New Jersey.

2.  All counsel are directed to assemble at the office of Plaintiff's counsel not later than ten (10) days before the pretrial conference to prepare the proposed joint Final Pretrial Order in the form and content required by the Court. Plaintiff's counsel shall prepare the joint Final Pretrial Order and shall submit it to all other counsel for approval and execution. A copy of the U.S. District Judge's form of Final Pretrial Order was previously distributed at the Scheduling conference.

3.  The Final Pretrial Order is to be **joint** submissions. Individual submissions will not be accepted. All counsel are responsible for the timely submission of the Joint Final Pretrial Order.

4.  With respect to non-jury trials, each party shall submit to the District Judge and to opposing counsel proposed Findings of Fact and Conclusions of Law, trial briefs and any hypothetical questions to be put to an expert witness on direct examination.

5.  All of the above submissions are to be delivered to the Chambers of the undersigned no later than **October 24, 2012.**

6.  Following the final pretrial conference, this matter will be assigned a date for trial before the Honorable Dickinson R. Debevoise.

                                                            s/Patty Shwartz
                                                          **United States Magistrate Judge**