UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| SPERRY ASSOCIATES FEDERAL CREDIT UNION, | |
| Plaintiff, | Civil Action No. 10-0029(DRD) |
| v. | |
| CUMIS INSURANCE SOCIETY, INC. | ORDER ON INFORMAL APPLICATION |
| Defendant, | |

This matter having come before the Court during the September 19, 2012 Rule 30(b)(6) deposition of plaintiff's representative; and the Court having considered the positions of the parties and the record of proceedings; and for the reasons discussed on the deposition record;

IT IS on this 19th day of September, 2012

ORDERED that, no later than **September 24, 2012**, the plaintiff shall produce: (1) a chart that sets forth the interest it contends it would have received had the loans not been sold to FNMA; and (2) the attorney's fees that it would seek to recover if it proves its bad faith claim; and

IT IS FURTHER ORDERED that the September 21, 2012 damages discovery deadline is extended until October 3, 2012 for the limited purpose of a telephone deposition of plaintiff's Rule 30(b)(6) witness to address the interest chart.

                                                              s/Patty Shwartz
                                                              **United States Magistrate Judge**