UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| **SPERRY ASSOCIATES FEDERAL CREDIT UNION,** : | |
| Plaintiff, : | Civil Action No. 10-0029(DRD) |
| v. : | |
| **CUMIS INSURANCE SOCIETY, INC.** : | ORDER ON INFORMAL APPLICATION |
| Defendant. : | |

This matter having come before the Court by way of letter dated September 21, 2012, regarding the defendant s request that the plaintiff produce: (1) a spread sheet with the value of loans sold to FNMA; and (2) documents defendant sent to auditors concerning plaintiff's settlement with FNMA;

and it appearing that the spread sheet was produced on September 21, 2012, ECF No. 144 at 2, but that the defendant seeks an opportunity to conduct a follow-up deposition about the spread sheet if necessary;

and the Court having already allowed the parties to conduct a telephone deposition of plaintiff's Rule 30(b)(6) witness after the September 21, 2012 damages discovery deadline to enable defendant to question the witness about loan interest and attorney's fees;

and the Court permitting the defendant to also question the witness about the spread sheet during the telephone deposition if necessary;

and the letter reflecting that the plaintiff does not oppose producing the documents sent to the auditor and has agreed to do so by September 24, 2012, ECF No. at 2;

and the Court further permitting the defendant to question the witness about documents produced to the auditor during the telephone deposition if necessary;

IT IS THEREFORE ON THIS 22nd day of September, 2012

ORDERED that, no later than **September 24, 2012**, the plaintiff shall produce the documents produced to its auditors concerning plaintiff's settlement with FNMA;

IT IS FURTHER ORDERED that the defendant may depose plaintiff's Rule 30(b)(6) witness about the spread sheet with the value of the loans sold to FNMA and the documents produced to plaintiff's auditors about the settlement with FNMA during the telephone deposition permitted by September 19, 2012 Order; and

IT IS FURTHER ORDERED that all other deadlines shall remain in full force and effect.

 s/Patty Shwartz  
**United States Magistrate Judge**