ATTORNEYS AT LAW
225 LIBERTY STREET, 28TH FLOOR   NEW YORK, NEW YORK 10281-1008
www.sedgwicklaw.com   212.422.0202 *phone*   212.422.0925 *fax*

# Sedgwick LLP

*Arthur H. Aizley*
*212-898-4051*
*arthur.aizley@sedgwicklaw.com*

November 26, 2012

The Honorable Patty Schwartz
500 U.S. Courthouse & Post Office
Federal Square
Newark, NJ 07101

Re: *Sperry Associates Federal Credit Union v. CUMIS, Insurance Society, Inc.*
    Case No. 10-CV-00029-DRD-PS
    File No.: 00480-006356

Dear Judge Schwartz:

Defendant CUMIS Insurance Society, Inc. ("CUMIS") writes concerning the Final Pre-Trial Conference currently scheduled for Monday, December 3, 2012 at 11:00 AM.

Counsel for CUMIS respectfully requests that the Final Pre-Trial Conference be continued one or two days so that trial counsel for CUMIS, Mr. Davisson, can attend a family function on Sunday, December 2, 2012. Mr. Davisson lives in California and if the Final Pre-Trial Conference is held on Monday, December 3rd, he would need to travel on Sunday, December 2 in order to attend it and would miss this family event.

The Court will recall that, on or about November 13, 2012, counsel for Sperry requested that the Pre-Trial Conference then scheduled for November 20, 2012 be continued to accommodate the Arizona vacation schedule of Sperry's counsel. CUMIS' counsel readily agreed to this request to accommodate counsel for Sperry.

Counsel for CUMIS contacted counsel for Plaintiff, Sperry Associates Federal Credit Union ("Sperry") to attempt to secure their agreement to a continuance. However, counsel for Sperry declined reportedly because counsel for Sperry had already made travel arrangements for his return from Arizona, and because Sperry's counsel apparently has a conflict with a Tuesday conference. Notwithstanding, a short continuance of the Pre-Trial Conference, by even one day, so that Mr. Davisson can attend this family event, would be greatly appreciated.

Sincerely,

*[signature]*

Arthur H. Aizley
Sedgwick LLP
Counsel for CUMIS Insurance Society, Inc.AHA