ATTORNEYS AT LAW

125 BROAD STREET, 39TH FLOOR   NEW YORK, NY 10004-2400

*www.sedgwicklaw.com*   **212.422.0202** *phone*   **212.422.0925** *fax*



*arthur.aizley@sedgwicklaw.com*
*valerie.rojas@sedgwicklaw.com*

<u>*Via Electronic Filing*</u>
Hon. Patty Schwartz
United States District Court
District of New Jersey
Martin Luther King Building
50 Walnut Street, PO 10
Newark, New Jersey 07101


Re:  *Sperry Associates Fed. Credit Union v. CUMIS Ins. Society, Inc.*
     Case No. 10-CV-00029-DRD-MAS
     Our File No.:  00480-006356


Dear Judge Schwartz:

Defendant CUMIS Insurance Society, Inc. ("CUMIS") writes pursuant to your request for a list of available dates for a settlement conference before your honor, and a list of motions *in limine* CUMIS plans to file.

CUMIS plans to file two motions *in limine*: (1) motion *in limine* to exclude the testimony of Sperry Federal Credit Union's ("Sperry") handwriting expert; and (2) motion *in limine* to exclude evidence of bad faith.

In addition, please be advised that CUMIS is available for a settlement conference on January 16 and 17, 2013, and February 15, 2013.

Very truly yours,

/s/Arthur Aizley

Arthur Aizley
Valerie Rojas
SEDGWICK LLP

LA/2149602v1