UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

SPERRY ASSOCIATES FEDERAL
CREDIT UNION,

                Plaintiff,

v.

CUMIS INSURANCE SOCIETY, INC.,

                Defendants.

Civ. No. 10-00029 (DRD)

**O R D E R**

      This matter, having come before the Court on a Rule 72(a) objection to Magistrate Judge Shwartz's November 5, 2012 Order denying plaintiff's informal application for leave to file a motion for summary judgment on the issue of breach of contract damages,

      IT IS on this 20th day of December 2012, hereby ORDERED that Plaintiff's objection is DENIED.

                                                **/s/ Dickinson R. Debevoise**
                                                DICKINSON R. DEBEVOISE, U.S.S.D.J.