ATTORNEYS AT LAW
125 BROAD STREET, 39TH FLOOR   NEW YORK, NY   10004-2400

www.sedgwicklaw.com   212.422.0202 *phone*   212.422.0925 *fax*



*arthur.aizley@sedgwicklaw.com*
*valerie.rojas@sedgwicklaw.com*

January 8, 2013

<u>Via Electronic Filing</u>
Hon. Patty Schwartz
United States District Court
District of New Jersey
Martin Luther King Building
50 Walnut Street, PO 10
Newark, New Jersey 07101

Re:  *Sperry Associates Fed. Credit Union v. CUMIS Ins. Society, Inc.*
     Case No. 10-CV-00029-DRD-MAS
     Our File No.:  00480-006356

Dear Judge Schwartz:

Pursuant to Section XV of the pre-trial order, defendant CUMIS Insurance Society, Inc. ("CUMIS") writes to advise the Court whether or not it is willing to arbitrate plaintiff Sperry Federal Credit Union's ("Sperry") claim for attorney's fees.  Although we attempted to meet and confer with Sperry's counsel concerning this issue, CUMIS understands that Sperry requires more time (2 weeks) to consider the issue.

Accordingly, CUMIS requests additional time to meet and confer with Sperry concerning the potential for arbitration up to January 22, 2013 (the extension of time requested by Sperry).

Very truly yours,

/s/Arthur Aizley

Arthur Aizley
Valerie Rojas
SEDGWICK LLP