Scott A. Rosenberg
Kenneth J. Pagliughi
Scott A. Rosenberg, P.C.
2400 Jericho Turnpike, Suite 201
Garden City Park, NY 11040
Phone: 516-877-7205
Fax: 516-213-3441

*Attorneys for Plaintiff*
*Sperry Associates Federal Credit Union*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| SPERRY ASSOCIATES FEDERAL CREDIT UNION,<br><br>Plaintiff,<br><br>-against-<br><br>CUMIS INSURANCE SOCIETY, INC.,<br><br>Defendants. | Civil Action No.<br>10-CV-00029-DRD-MAS<br><br>The Hon. Dickinson R. Debevoise U.S.D.J.<br>The Hon. Madelin C. Arleo U.S.M.J.<br><br>**STIPULATION OF DISMISSAL**<br>**WITH PREJUDICE** |

IT IS HEREBY STIPULATED, by and between the undersigned counsel for the parties, that the above-captioned action is dismissed with prejudice and without an award of costs to either party.

Scott A. Rosenberg, P.C.

By: _____
Kenneth J. Pagliughi
2400 Jericho Turnpike, Suite 201
Garden City Park, NY 11040
*Attorneys for Plaintiff*
*Sperry Associates Federal Credit Union*

Dated: January 30, 2014

Sedgwick, LLP

By: _____
Michael R. Davisson
801 S. Figueroa Street 19th Floor
Los Angeles, California 90017
*Attorneys for Defendant*
    *CUMIS Insurance Society, Inc.*

Dated: January 30, 2014